■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANONYMOUS, Appellant. [833 NYS2d 897]—Appeal from judgment of resentence, Supreme Court, New York County (John Cataldo, J.), rendered March 6, 2006, resentencing defendant, upon his conviction of criminal sale of a controlled substance in the second degree, to a term of six years, unanimously dismissed.

We dismiss the appeal on the ground that defendant has been released from New York State custody and deported. Were we

not dismissing the appeal, we would find no basis for further reducing defendant's sentence. Concur—Friedman, J.P., Marlow, Williams, Buckley and McGuire, JJ.